UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

U.S.A.

vs.

~~CITATION~~ / CASE NO. **5:04-mj-2006 TAG**

**ORDER TO PAY** Re: Compliance Hearing

Louis L. Espinosa

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

City     State     Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: _____    DEFENDANT'S SIGNATURE

Contact Susan Peterson (916) 930-4027 regarding balances.

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

CITATION / CASE NO: _____   FINE _____   ASGMT. _____
CITATION / CASE NO: _____   FINE _____   ASGMT. _____

(✓) FINE ~~TOTAL~~ balance of $ **651.00** due by **10-31-2007** and a penalty assessment of $ _____ within _____ days/months or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with proof mailed to the Clerk of the Court.
( ) TRAFFIC SCHOOL BY: _____ with proof mailed to _____
( ) PROBATION to be unsupervised / supervised for: _____

(✓) $240.00 w/in 30 days for
(✓) NPS to forward to USDC.
(✓) Compliance hearing 11-16-2007 @ 9:30 a.m.

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

CENTRAL VIOLATIONS BUREAU      CLERK, USDC           CLERK, USDC Rm. 1501
P.O. BOX 740026                501 "I" St., #4200    ~~1130 O St., Rm 5000~~
Atlanta, GA 30374-0026         Sacramento, CA 95814  Fresno, CA 93721
1-800-827-2982                                       2500 Tulare St.

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATE: **1/19/2007**        for: U/S MAGISTRATE JUD~~GE~~

Defendant                                            EDCA - 03 Rev 8/97