# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>LOUIS L. ESPINOSA,<br><br>        Defendant. | 5:04-mj-02006 TAG<br><br>ORDER AFTER HEARING RE REIMBURSEMENT |

On April 25, 2008, the court held a compliance hearing to determine whether the defendant was compliant with the judgment and order of the court.

Additionally, further analysis was conducted by the court's financial department to determine whether the defendant was owed a reimbursement due to over-payment.

Accordingly, IT IS HEREBY ORDERED that:

1. The defendant is NOT owed a reimbursement;

2. The defendant is compliant with the judgment and order of the court; and

3. The Clerk of Court is DIRECTED to close the file.

Case CLOSED.

Date: 5/13/2008

THERESA A. GOLDNER
U.S. Magistrate Judge

1